UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUN 12 P 2: 22

SIGN _____
BY DEPUTY CLERK

DEREK LEROY McSMITH

VERSUS

LEONARD McCAFFERY, ET AL

CIVIL ACTION

NO. 07-88-A

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger (doc. 5). After a de novo determination of those portions of the report and recommendation to which plaintiff's objection (doc. 5) was made, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, June 12, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA